**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-6941

LEON JOHNSON,

        Plaintiff - Appellant,

    v.

T. GREEN, Assistant Warden Sussex 1 State Prison; K. MCCOY, Warden of Sussex
1 State Prison,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at
Alexandria.  Rossie David Alston, Jr., District Judge.  (1:23-cv-00185-RDA-IDD)

Submitted:  February 27, 2025                    Decided:  March 4, 2025

Before KING and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit
Judge.

Affirmed as modified by unpublished per curiam opinion.

Leon Jermaine Johnson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leon Jermaine Johnson[1] appeals the district court's order granting summary judgment in favor of Defendants in her 42 U.S.C. § 1983 action and denying her motion to appoint counsel.[2]  The district court granted summary judgment to Defendants and dismissed Johnson's claims against Defendants for failure to exhaust her administrative remedies.  We have reviewed the record and find no reversible error.  Because a dismissal for failure to exhaust should be without prejudice, we modify the district court's order to reflect dismissal of Johnson's claims against Defendants without prejudice, and we affirm the order as modified.  *See Moss v. Harwood*, 19 F.4th 614, 623 n.3 (4th Cir. 2021).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED*

---

[1] Johnson is transgender and refers to herself using feminine pronouns.  We do so also.

[2] The district court also denied Johnson's motion to amend judgment and motion for declaration for entry of default.  Because Johnson does not challenge in her informal brief either of those orders, she has forfeited appellate review of them.  *See* 4th Cir. R. 34(b).

2